MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAMALI TAYLOR (CABN 262489)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5066
Email: John.Glang@usdoj.gov

Attorneys for the United States of America

**FILED**

MAY 1 3 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0383-DLJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| DOMINGO SOLORIO ALBERTO QUINTERO, and JORGE QUINTERO, | |
| Defendants. | |

The above-captioned defendants and the United States of America, by and through their counsel of record, hereby agree and stipulate that the court may exclude the period of time from the date of the defendants' arraignment on the indictment in this case before United States Magistrate Judge Howard R. Lloyd on May 16, 2012 through and including May 24, 2012 from the computation of the period of time within which the trial must commence for the reasons set

///

///

///

1

forth in the proposed order below.

DATED: May 16, 2012                MELINDA HAAG
                                   United States Attorney


                                   _____/s/_____
                                   DAMALI TAYLOR
                                   Assistant United States Attorney

                                   _____/s/_____
                                   ALFREDO M. MORALES
                                   Attorney for defendant Domingo Solorio


                                   _____/s/_____
                                   HUGH A. LEVINE
                                   Attorney for defendant Alberto Quintero


                                   _____/s/_____
                                   ALLEN H. SCHWARTZ
                                   Attorney for defendant Jorge Quintero

## [PROPOSED] ORDER

Pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), and the stipulation of the parties, the court excludes the period of time from May 16, 2012 through and including May 24, 2012 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. The court bases this finding on the need of counsel for the defendants to review discovery in this case that has been and will be provided to them by the government and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 5/18/12

HOWARD R. LLOYD
United States Magistrate Judge
Northern District of California