MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAMALI TAYLOR (CABN 262489)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6401
Facsimile: (415) 436-66982
Email: damali.taylor@usdoj.gov

Attorneys for the United States of America

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0383-DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER EXCLUDING TIME UNDER |
| v. | ) | SPEEDY TRIAL ACT |
| | ) | |
| DOMINGO SOLORIO | ) | |
| ALBERTO QUINTERO, and | ) | |
| JORGE QUINTERO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The above-captioned defendants and the United States of America, by and through their

counsel of record, hereby agree and stipulate to continue the status conference presently set for

August 2, 2012 to September 13, 2012. The parties further agree and stipulate that the court may

exclude the period of time from the date of the August 2, 2012 status conference in this case

through and including September 13, 2012 from the computation of the period of time within

///

///

///

which the trial must commence for the reasons set forth in the proposed order below.


DATED:   July 31, 2012                    MELINDA HAAG
                                          United States Attorney


_____ _/s/_____
DAMALI TAYLOR
Assistant United States Attorney

_____/s/_____
ALFREDO M. MORALES
Attorney for defendant Domingo Solorio


_____/s/_____
HUGH A. LEVINE
Attorney for defendant Alberto Quintero


_____/s/_____
ALLEN H. SCHWARTZ
Attorney for defendant Jorge Quintero

## [] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the status conference in this matter is re-set from August 2, 2012 to September 13, 2012, at 9:00 a.m. Furthermore, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), and the stipulation of the parties, the court excludes the period of time from August 2, 2012 through and including September 13, 2012 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. The court bases this finding on the need of counsel for the defendants to review discovery in this case that has been and will be provided to them by the government and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: _____

_____
D. LOWELL JENSEN
United States District Judge
Northern District of California