```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  DAMALI TAYLOR (CABN 262489)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone: (415) 436-6401
 7      Facsimile: (415) 436-66982
        Email: damali.taylor@usdoj.gov
 8
    Attorneys for the United States of America
 9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12
13  UNITED STATES OF AMERICA,        )    No. CR 12-0383-DLJ
                                     )
14         Plaintiff,                )    STIPULATION AND []
                                     )    ORDER CONTINUING HEARING DATE
15      v.                           )    AND EXCLUDING TIME UNDER
                                     )    SPEEDY TRIAL ACT
16  DOMINGO SOLORIO                  )
    ALBERTO QUINTERO, and            )
17  JORGE QUINTERO,                  )
                                     )
18         Defendants.               )
                                     )
19  _____  )

20
21      The above-captioned defendants and the United States of America, by and through their

22  counsel of record, hereby agree and stipulate to continue the hearing date presently set for April

23  11, 2013 at 10 a.m. to April 18, 2013 at 10 a.m. The parties further agree and stipulate that

24  computation of time under Speedy Trial Act is properly excluded for effective preparation of

25  counsel within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(iv) and pursuant to 18 U.S.C.

26  3161(h)(D) while the motion is pending.

27
28  DATED:   April 4, 2013              MELINDA HAAG
                                        United States Attorney
```

1

_____/s/_____
          DAMALI TAYLOR
          Assistant United States Attorney

          _____/s/_____
          ALFREDO M. MORALES
          Attorney for defendant Domingo Solorio


          _____/s/_____
          HUGH A. LEVINE
          Attorney for defendant Alberto Quintero


          _____/s/_____
          JAMES M. THOMPSON
          Attorney for defendant Jorge Quintero

## ~~[PROPOSED]~~ ORDER

1  For the foregoing reasons, the Court HEREBY ORDERS that the discovery motion
2  hearing date presently set for April 11, 2013 in this matter be moved to April 18, 2013, at 10:00
3  a.m. Furthermore, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), and the
4  stipulation of the parties, the court excludes the period of time from April 11, 2013 through and
5  including April 18, 2013 from the computation of the period of time within which the trial must
6  commence. The court FINDS that time is properly excluded for effective preparation of counsel
7  within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(iv) and pursuant to 18 U.S.C. 3161(h)(D)
8  while the defendant's motion to compel discovery is pending. The ends of justice served by the
9  delay outweigh the best interest of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: _____

D. LOWELL JENSEN
United States District Judge
Northern District of California

3