United States of America,  )
                                )    ***E-FILED - 10/2/13***
           Plaintiff, )
                                )
    v.                       )
                                )    No. CR—12-0383 DLJ
Alberto Quintero )
                                )
                                )
           Defendant. )
_____)

    Defendant Alberto Quintero (Quintero)filed a Motion to Suppress Defendant's statement, as reported in the affidavit of DEA Task Force Officer Joshua Singleton, that defendant resided in the living room of the apartment on Giuffrida street. See Singleton Declaration, attached as Exhibit 1 to the Motion at 6:2-5.

    As part of the Motion, Defendant has requested an evidentiary hearing, to ascertain at what point in the search process the statement was made; to whom it was made; and the circumstances surrounding the statement. To date, the government has not supplied the Court with factual information responding to these issues raised by defendant. The motion is currently set to be heard at the pre-trial conference on November 21, 2013, and the trial date is set for December 2, 2013.

    In the interest of justice and to avoid any unnecessary delay of the trial, the Court orders the government to file no later than October 17, 2013, a pleading which responds, to the extent possible, to defendant's queries about the circumstances of the search which resulted in defendant's alleged statement that he resided in the living room of the apartment.

IT IS SO ORDERED.

Dated: October 2, 2013

_____
D. Lowell Jensen
United States District Judge

Copy of Order E-Filed to Counsel of Record: